UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALBERTO DIAZ GRANDA,

      Plaintiff,

    v.

FLORIDA SOFT SIDE SOUTH,
U.S. ATTORNEY GENERAL,

      Defendants.

Case No. 2:26-cv-870-KCD-NPM

_____/

## **ORDER**

Petitioner Alberto Diaz Granda has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) Respondents oppose the petition. (Doc. 14.) For the reasons below, the petition is **DENIED**.

Granda raises claims that can only be interpreted as a challenge to the conditions of his confinement. He states that he has Type 2 diabetes and heart issues, and that he is not getting treatment. He thus asks to be transferred to receive better treatment. (Doc. 1 at 7-8.) To the extent these are arguments for habeas relief, they are summarily rejected. Challenges to conditions of confinement are not appropriately raised in the habeas context. *See Vaz v. Skinner*, 634 F. App'x 778, 781 (11th Cir. 2015) ("Petitioner's § 2241 petition is not the appropriate vehicle for raising an inadequate medical

care claim, as such a claim challenges the conditions of confinement, not the fact or duration of that confinement.").

At bottom, it is simply unclear what legal basis Granda believes warrants his release. "It is not the role of the Court to make arguments for the parties but to consider and decide the specific arguments made by the[m]." *Monroe Cnty. Employees' Ret. Sys. v. S. Co.*, 333 F. Supp. 3d 1315, 1322 (N.D. Ga. 2018).

**ORDERED** in Fort Myers, Florida on April 28, 2026.

Kyle C. Dudek
United States District Judge